**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                       **CASE NO. 1:05-CR-18-SPM/AK**

**ISRAEL BISHOP,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is an Unopposed Motion to Amend Conditions of Pretrial Release (doc. 17) filed by Defendant, Israel Bishop. Defendant requests the Court enter an order amending his pretrial release travel condition to allow him to travel on June 2 thru June 8, 2005, to Orlando, in the Middle District of Florida, for a previously planned and paid family vacation. The Government and the Supervising Pre Trial Release Officer have no objection.

Accordingly, it is

**ORDERED:**

That the Unopposed Motion to Amend Conditions Pretrial Release (doc.17) is **GRANTED**, in that the restricted Travel Condition previously entered by the Court is

**AMENDED** to allow Defendant, Israel Bishop, to travel to Orlando, June 2 thru June 8, 2005, in the Middle District of Florida . All other terms and conditions remain in full force and effect.

**DONE AND ORDERED** this **16th** day of May, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:04-cr-37-spm/ak**