IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Docs. 58 and 60, a motion to continue sentencing and an amended motion to continue sentencing, respectively, filed by Isreal Travis Bishop. In the motion at doc. 58, the defendant sought to continue his sentencing until after the trial of co-defendant Xzabia Smith, and suggested a sentencing date after the then trial date of Mr. Smith. In document 59, however, the Court continued the trial of Mr. Smith until November 14, 2005. Therefore, defendant amended his motion to continue to ask for a sentencing date after November 14, 2005. The motion at 58 is therefore denied as moot, and the motion at doc. 60 is granted. Sentencing is hereby reset for December 1, 2005 at 11:00 a.m.

**DONE AND ORDERED** this  *16th*  day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge