IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                      CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 70, motion to continue sentencing , filed by Isreal Travis Bishop.  A hearing was held on November 23, 2005, during which the government consented to the continuance.  As stated during the hearing, the motion is granted and sentencing is reset for Friday, January 13, 2006, at 10:00 a.m.

**DONE AND ORDERED** this _30th_ day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge