IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

        Defendant.

_____/

**O R D E R**

        This matter is before the Court on Doc. 94, Motion to Continue Sentencing by Isreal

Travis Bishop.  A teleconference was held on June 21, 2006.  As stated during the hearing, the

sentencing of Mr. Bishop is hereby continued until July 27, 2006, to 2:30 p.m.


        **DONE AND ORDERED** this _22nd_ day of June, 2006


        _____*s/Maurice M. Paul*_____
        Maurice M. Paul, Senior District Judge