IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 103, a motion by Isreal Bishop to continue his sentencing. A teleconference was held in this case on October 17, 2006, during which the government consented to the continuance. Accordingly, the sentencing of Mr. Bishop is hereby reset for Friday, December 1, 2006, at 10:30 a.m.

    **DONE AND ORDERED** this _11th_ day of October, 2006

                       *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge