IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 107, Motion to Continue Sentencing by Isreal Travis Bishop. The motion, which is unopposed, is granted. The sentencing is reset for Friday, February 2, 2007, at 11:00 a.m.

**DONE AND ORDERED** this  *29th*  day of November, 2006

       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge