IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 109, Motion to Continue Sentencing by Isreal Travis Bishop, which the government does not oppose. The motion is granted and the sentencing is hereby reset for February 22, 2007, at 10:30 a.m.

**DONE AND ORDERED** this  *26th*  day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge