IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 111, Motion to Continue Sentencing, filed by Mr. Bishop. The motion, which the government does not oppose, is granted. Sentencing is hereby reset for March 23, 2007, at 10:30 a.m.

**DONE AND ORDERED** this  *14th*  day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge