IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 116, Motion to Continue Sentencing by Isreal Travis Bishop. The motion is granted, and sentencing is hereby reset for Wednesday May 16, 2007 at 11:00 a.m.

**DONE AND ORDERED** this _26th_ day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge