IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 119, Motion to Continue Sentencing, filed by Defendant Isreal Travis Bishop. The motion is granted, and sentencing is hereby reset for Tuesday, June 29, 2007, at 10:30 a.m.

**DONE AND ORDERED** this *15th* day of May, 2007

                                 *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge