IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 121, Motion to Continue Sentencing, filed by Defendant Isreal Bishop. In his motion, Defendant states that he is listed as a government witness in a case that was recently continued, and because of this Defendant requests a continuance of his sentencing hearing, currently set for June 29, 2007. The Government does not object to any continuance. Accordingly, the motion is granted, and sentencing is hereby reset for Friday, August 3, 2007, at 10:15 a.m.

    **DONE AND ORDERED** this  _22nd_ day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge