IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00018-MP-AK

ISREAL TRAVIS BISHOP,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 124, Motion to Continue Sentencing Hearing by Isreal Travis Bishop. The motion is granted, and sentencing is reset for Friday, September 28, 2007 at 10:00 a.m.

**DONE AND ORDERED** this  _27th_  day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge